**HARTFORD COUNTY, ADJOURNED SUPERIOR COURT, NOVEMBER TERM, A. D. 1783.**

### MARSH V. DEMING.

The plaintiff upon a reversal, must enter his action at the same court.

WRIT OF ERROR, to reverse a judgment of the County Court in action brought by Deming v. Anne Marsh, upon a note dated the 8th of October A. D. 1777, for £42 10s. 3d. lawful money, payable in one year with interest, on which was indorsed, July 6th A. D. 1778, £40 16s. lawful money; and by the pleadings it appeared to have been paid in continental bills. The County Court sealed the indorsement and gave judgment for the remainder of the note. This was assigned for error, and the judgment was reversed; because the indorsement ought to have been applied nominally. Deming omitted to enter his original action upon the reversal, until the term was ended; and at the next Superior Court moved for liberty to enter it, and being objected to; the court determined that it was too late, and ought to have been entered at the same court the reversal was.

### BROWN V. TALCOTT.

A sum paid on account of a note and not applied, recovered back in an action of book-debt.

ACTION on book for 204 continental dollars, paid to the defendant, who was son of Colonel Samuel Talcott, and his clerk, on account of a note which the plaintiff owed to said Colonel Talcott; and which had not been applied on the note; the plaintiff was admitted to his oath upon his book and recovered the sum demanded. ———————